## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS ETZLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0150 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

It is hereby **ORDERED** that the plaintiff shall respond to the Notice of Related Case filed by the defendant (Docket No. 7) by April 6, 2011.

It is so **ORDERED**.

ENTER this 30th day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge