IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS ETZLE, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:11-150 |
| | ) JUDGE CAMPBELL/KNOWLES |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

For the reasons discussed on the record at the Initial Case Management Conference held May 25, 2011, the Initial Case Management Conference is continued until July 12, 2011, at 10:00 a.m.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge